# EXHIBIT 1



This advertisement does not constitute or imply an endorsement, recommendation or favor by the Department of Assessments and Taxation or the State of Maryland.
**Click here for full disclaimer statement**

**Maryland Department of Assessments and Taxation**
**Business Services**
(vw4.2)

Charter Search Results for: NORTHROP GRUMMAN
Page 1 of 1

| (Dept. ID) | Entity Name | Entity Detail | | | Status |
|---|---|---|---|---|---|
| (F04330890) | NORTHROP GRUMMAN CORPORATION | General Info. | Amendments | Personal Property | **OLD NAME** |
| (F06021281) | NORTHROP GRUMMAN ADVANCED INFORMATION SYSTEMS INC. | General Info. | Amendments | Personal Property | **FORFEITED** |
| (D00508226) | NORTHROP GRUMMAN COMMERCIAL INFORMATION SERVICES, INC. | General Info. | Amendments | Personal Property | **MERGED** |
| (F07765118) | NORTHROP GRUMMAN COMMERCIAL SYSTEMS, INC. | General Info. | Amendments | Personal Property | **FORFEITED** |
| (D02341055) | NORTHROP GRUMMAN COMPUTING SYSTEMS, INC. | General Info. | Amendments | Personal Property | **FORFEITED** |
| (D10971687) | NORTHROP GRUMMAN COMPUTING SYSTEMS INC. 1 | General Info. | Amendments | Personal Property | **FORFEITED** |
| (D10972453) | NORTHROP GRUMMAN COMPUTING SYSTEMS INC. 2 | General Info. | Amendments | Personal Property | **FORFEITED** |

| ID | Name | | | | Status |
|---|---|---|---|---|---|
| (F07705734) | NORTHROP GRUMMAN DEFENSE MISSION SYSTEMS, INC. | General Info. | Amendments | Personal Property | **MERGED** |
| (F01723196) | NORTHROP GRUMMAN ELECTRONICS INTEGRATION CORPORATION | General Info. | Amendments | Personal Property | **FORFEITED** |
| (F03549128) | NORTHROP GRUMMAN ELECTRONIC SYSTEMS INTERNATIONAL COMPANY | General Info. | Amendments | Personal Property | **OLD NAME** |
| (F05104369) | NORTHROP GRUMMAN ELECTRONIC SYSTEMS INTERNATIONAL, INC. | General Info. | Amendments | Personal Property | **INCORPORATED** |
| (F10997740) | NORTHROP GRUMMAN ENTERPRISE MANAGEMENT SERVICES CORP. | General Info. | Amendments | Personal Property | **FORFEITED** |
| (F07889744) | NORTHROP GRUMMAN FEDERAL CIVIL SYSTEMS, INC. | General Info. | Amendments | Personal Property | **FORFEITED** |
| (F04488581) | NORTHROP GRUMMAN FIELD SUPPORT SERVICES, INC. | General Info. | Amendments | Personal Property | **FORFEITED** |
| (F00322065) | NORTHROP GRUMMAN GUIDANCE AND ELECTRONICS COMPANY, INC. | General Info. | Amendments | Personal Property | **INCORPORATED** |
| (F00946467) | NORTHROP GRUMMAN INFORMATION TECHNOLOGY, INC. | General Info. | Amendments | Personal Property | **FORFEITED** |
| (F03124096) | NORTHROP GRUMMAN INTERNATIONAL SERVICES, INC. | General Info. | Amendments | Personal Property | **REVIVED** |

| ID | Name | | | Status |
|---|---|---|---|---|
| (F00037317) | NORTHROP GRUMMAN MANAGEMENT SERVICES, INC. | General Info. | Amendments / Personal Property | **FORFEITED** |
| (F03957115) | NORTHROP GRUMMAN NORDEN SYSTEMS, INC. | General Info. | Amendments / Personal Property | **FORFEITED** |
| (F03549128) | NORTHROP GRUMMAN NORTH AFRICAN SERVICES GROUP, INC. | General Info. | Amendments / Personal Property | **INCORPORATED** |
| (D00801274) | NORTHROP GRUMMAN PRB SYSTEMS, INC. | General Info. | Amendments / Personal Property | **MERGED** |
| (F00859389) | NORTHROP GRUMMAN PUBLIC SAFETY, INC. | General Info. | Amendments / Personal Property | **MERGED** |
| (Z06733125) | NORTHROP GRUMMAN SECURITY SYSTEMS, LLC | General Info. | Amendments / Personal Property | **ACTIVE** |
| (F12568622) | NORTHROP GRUMMAN SHIPBUILDING, INC. | General Info. | Amendments / Personal Property | **OLD NAME** |
| (F02392223) | NORTHROP GRUMMAN SHIP SYSTEMS, INC. | General Info. | Amendments / Personal Property | **MERGED** |
| (F00035121) | NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. | General Info. | Amendments / Personal Property | **FORFEITED** |
| (F03124096) | NORTHROP GRUMMAN SPACE OPERATIONS, INCORPORATED | General Info. | Amendments / Personal Property | **OLD NAME** |
| (P03109659) | NORTHROP GRUMMAN SPACE OPERATIONS, L.P. | General Info. | Amendments / Personal Property | **FORFEITED** |
| (F01564640) | NORTHROP GRUMMAN SUPPORT SERVICES CORP. | General Info. | Amendments / Personal Property | **INCORPORATED** |
| (F04330890) | NORTHROP GRUMMAN SYSTEMS CORPORATION | General Info. | Amendments / Personal Property | **INCORPORATED** |

| ID | Name | | | Status |
|---|---|---|---|---|
| (F01564640) | NORTHROP GRUMMAN TECHNICAL SERVICES CORPORATION | General Info. | Amendments / Personal Property | **OLD NAME** |
| (F11913605) | NORTHROP GRUMMAN TECHNICAL SERVICES, INC. | General Info. | Amendments / Personal Property | **REVIVED** |
| (T00241324) | NORTHROP GRUMMAN 35 | General Info. | Amendments | **FORFEITED** |