# EXHIBIT 2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | 531-2009-01719 |
| ☒ EEOC | |

**Howard County Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Therol D. Stathos | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 9627 Washington Avenue, Laurel, MD 20723 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NORTHROP GRUMMAN | More than 500 | 301-939-7000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6708 Alexander Bell Drive, Columbia, MD 21046 | |

RECEIVED BALT. FIELD OFFICE U.S. EEOC 2009 MAY 26 A 10: 20

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-13-2009  Latest: 05-21-2009
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. On July 7, 2008, I was hired by the above referenced employer as a radar signals processing analyst. On January 13, 2009, after informing my supervisor (Toby Plummer) that test results revealed that I miscarried, he stated that I had to give him a year's notice before I could get pregnant. On February 6, 2009, I found out the test results were wrong and that I was in fact pregnant and informed Mr. Plummer of this fact. On this same day there was a meeting to discuss upcoming deployment to Honduras. I informed Mr. Plummer that my doctor advised me not to go due to inadequate medical care in that country but I was able to fly on other missions as long as there was adequate medical care. I also told Mr. Plummer that I would volunteer to go to Texas and fly the test flights for James Alford. Mr. Plummer stated, "I'm not sending you on any deployments, I don't want to put you or your baby's health in danger! There is plenty of work to be done here at home. You don't need to go!" On May 6, 2009, Jessica Pettry from HR asked to see me to go over my short term disability/maternity leave options. On May 21, 2009, I was asked to come to a meeting to discuss my career opportunities with Mr. Plummer and Ms. Pettry. When I arrived, I was informed that they were putting me on notice that I was being laid off.

(Continued on Page 2)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

5/26/09  *Therol Stathos* (signature)
Date  Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

| Howard County Office Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

II. I was told I was the only one being laid off even though there was a male junior team member with less experience than me. Ms. Pettry then said that I was being laid off since my pregnancy was preventing me from doing the job for which I was hired.

III. I believe I am being laid off because of my pregnancy in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
BALT. FIELD OFFICE
U.S. EEOC
2009 MAY 26 A 10: 20

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 5/26/09   *[signature]*<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |