# EXHIBIT 3

| Signal Proc/Analyst 2 ||
|---|---|
| Department | MSPYDESX - AC0659 - ADVANCED SYSTEMS DEVEL - GSG |
| Expires for Internal Posting | 10/26/2035 |
| Employee Referral | Eligible |
| Job Grade | MS - 862 |
| Recruiter | Brett Kosineski |
| Location | Columbia, MD |
| Percent Travel Required | 50 |
| Supervisory | No |
| FLSA Status | Exempt |
| External Job Description | The following are the Basic Qualifications for this position: 3+ years of directly related experience, the ability to obtain and maintain a high level US government security clearance. Description: Supporting flight operations and providing quality data assessment, Identifying, analyzing and evaluating complex and sensitive data and performing Radar processing analysis and operational support. The candidate will report trends, changes and the impact of any issues, assist in system integration, operate radar equipment, troubleshoot systems and provide user training to customers. The candidate will also prepare briefings and reports (customer and internal) and perform other duties as assigned.<br><br>Defining the future. Join the men and women of Northrop Grumman Mission Systems in meeting the largest, most complex systems challenges imaginable for government, military and business. An Equal Opportunity Employer, M/F/D/V |