# EXHIBIT 4

| Signal Proc/Analyst 2 ||
|---|---|
| Department | MSPYDESX - AC0659 - ADVANCED SYSTEMS DEVEL - GSG |
| Expires for Internal Posting | 10/26/2035 |
| Employee Referral | Eligible |
| Job Grade | MS - 862 |
| Recruiter | Brett Kosineski |
| Location | Columbia, MD |
| Percent Travel Required | 50 |
| Supervisory | No |
| FLSA Status | Exempt |
| External Job Description | The following are the Basic Qualifications for this position: 3+ years of directly related experience, the ability to obtain and maintain a high level US government security clearance. Description: Supporting flight operations and providing quality data assessment, identifying, analyzing and evaluating complex and sensitive data and performing Radar processing analysis and operational support. The candidate will report trends, changes and the impact of any issues, assist in system integration, operate radar equipment, troubleshoot systems and provide user training to customers. The candidate will also prepare briefings and reports (customer and internal) and perform other duties as assigned.<br><br>Defining the future. Join the men and women of Northrop Grumman Mission Systems in meeting the largest, most complex systems challenges imaginable for government, military and business. An Equal Opportunity Employer, M/F/D/V |

The Test Engineer must have a broad knowledge of systems engineering, which includes understanding the mechanics of a signal processor/analyst.

To perform the duties of a Signal Processing Analyst and/or Test Engineer:
- Signal Processing Analysts and Test Engineers participate in flight operations and tests which may include flying over 10,000 feet in un-pressurized cabins (requiring the use of oxygen masks).
- Missions may include deployment to international locations with little or no facilities support, e.g. no running water, hot meals, substandard housing, minimal medical and dental support.
- Signal Processing Analysts and Test Engineers must be capable of maintaining military flight qualifications and TS SCI security clearance.
- Missions to domestic or international locations may be up to 90 days in length.
- Signal Processing Analysts and Test Engineer must have the ability to lift 50 lbs and be capable of assisting in 2-man lifts for heavy equipment.

Mean Sea Level Altitude (MSL) is the distance read on an altimeter and corrected for barometric pressure that is the distance between sea level and your height in the air.

Above Ground Level (AGL) is the distance of the aircraft above the actual ground level. This number changes as the elevation of the ground you are passing changes.

A simple way to put it is if you were standing on a 10,000ft mountain you would be at 10,000ft MSL and at 0ft AGL.

