# EXHIBIT 5

# REQUEST FOR REASONABLE ACCOMMODATION
## MEDICAL INFORMATION

It is our understanding that you have requested a reasonable accommodation. Please provide the following information in writing from a medical professional so that we can further consider your request:

| | |
|---|---|
| Employee Name | Therol Stathos |
| Badge # | 83162645 |
| Physician's Name | Dr. Yadav |
| Address | 7070 Samuel Morse Dr. |
| City, State, Zip Code | Columbia, MD, 20723 |
| Phone Number | 410-309-4760 | Fax Number | (410-309-4780 |

Does the patient have a physical or mental impairment?  ☐ YES  ☒ NO *(If yes, please complete the following)*

a. What is the impairment?


b. Is the impairment long-term or permanent?


c. If not permanent, how long do you expect the impairment to last?


d. What is the medical or psychological diagnosis?

ICD9 code: _____

e. What type of treatment and medication is the employee receiving for this impairment?

1

f. Does the impairment affect a major life activity? YES ☐ NO ☐

- If yes, what major life activity(s) is/are affected?

g. Is the employee substantially limited in one or more of these major life activities? ☐ YES ☐ NO

h. Do the limitations interfere with job performance? Yes ☐ No ☐

- If yes, what job function(s) is the employee having trouble performing because of the limitations?

i. Do you have any suggestions regarding options for possible job accommodations?

**Other Comments or Information:**

Physician's Signature: _[signature]_

Date Prepared: 7-22-09

**Please return to:**
Northrop Grumman Information Systems
Fax: 800-865-6726

2