# EXHIBIT 6



# REQUEST FOR REASONABLE ACCOMMODATION

Employee __Therol Stathos__          Badge # __S362645__

Email Address __therol.stathos@ngc.com__

HR Contact __Jessica Pettry__     Supervisor __Toby Plummer__

Date of Request __July 28, 2009__

**Accommodation requested (be as specific as possible, e.g. adaptive equipment)**
   I am requesting that my BU accommodate me for the next 8 weeks due to my pregnancy. I informed my manager and BU that I was pregnant back in January. They have all been well aware of my condition from the beginning and have accommodated me up until this point.

   Due to the fact that I am at the end of my pregnancy, my doctor has requested that I not fly or lift anything heavy until after the baby is born. Once I return from maternity leave, I will be able to perform the duties for which I was hired.

   In the meantime, there are other employees that are willing and able to deploy in my place. I can remain at the office and be used as reach back support if the deployed member should need help. This is what I have been doing for the past 8 months.

Reason for request
   This request is being submitted because my status has changed from able to deploy to un-deployable due to me being in the final weeks of my pregnancy.

If accommodation is time sensitive, please explain

_____         7/28/09
Employee Signature                                         Date

Return form to Sector Disability Management Office
Fax: 800-865-6726 or email to: msdmo@ngc.com