# EXHIBIT 7

**NORTHROP GRUMMAN**

## Memorandum
Northrop Grumman Corporation
Information Systems

| | | | |
|---|---|---|---|
| To | Therol Stathos | From | Margaret Sullivan, RN |
| Subject | Reasonable Accommodation Committee Decision | Date | July 31, 2009 |
| Copies | Toby Plummer<br>Jessica Pettry | | |

It is the policy of the Information Systems sector of Northrop Grumman to make every effort to accommodate employees with restrictions or who request accommodations. Because you and your physician requested an accommodation, a Reasonable Accommodation Committee (RAC) meeting was convened on July 30, 2009 to discuss your request.

The restrictions prescribed by your physician for your work are:

- No deployment
- No lifting 50 lbs
- No prolonged, standing, bending, or walking

The RAC reviewed your case and made the following determination:

- Your request to not be deployed cannot be accommodated. In reaching this decision, the RAC carefully reviewed the requirements of your job, rejected opportunities for cross training, and program budget limitations.
- You are approved for an unpaid medical leave of absence to accommodate your physician's recommended restrictions, effective August 1, 2009.

Please contact your Human Resources Business Partner, Jessica Pettry for further guidance. If you have any questions regarding this determination, please feel free to call Margaret Sullivan at 703-345-8913.